UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 09-31045-EBB |
| MACLOVIO C. MARTINEZ | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

## NOTICE PURSUANT TO BANKRUPTCY RULE 4001 OF MOTION FOR AUTHORITY TO USE CASH COLLATERAL

TO ALL PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that the movant named below has applied to this Court or is intending to take action as follows:

The Debtor has filed a Motion for Authority to Use Cash Collateral pursuant to 11 U.S.C. § 363 and Bankruptcy Rule 4001(b) and (d). The Motion requests authority to use cash collateral on an interim and final basis. The Debtor has offered various forms of adequate protection for such use including a replacement lien in post-petition receivables. A copy of the Motion and the Debtor's proposed budget is enclosed with this Notice.

Pursuant to Bankruptcy Rule 4001 of the Federal Rules of Bankruptcy Procedure, if you desire to oppose this action you must file a written objection and request for a hearing with the Court on or before **November 9, 2009**, and serve a copy thereof on the undersigned attorney. Objections and requests for hearing shall clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any. General objections will not be considered by the Court.

In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the aforementioned application without any further notice to creditors or other interested parties.

DATED: October 20, 2009               Respectfully submitted,

                                      By: _____
                                      Aaron A. Garber, #36099
                                      Kutner Miller Brinen, P.C.
                                      303 East 17th Avenue, Suite 500
                                      Denver, CO 80203
                                      Telephone: (303) 832-2400

5

# CERTIFICATE OF SERVICE

I do hereby certify that on this 20th day of October, 2009, a true and correct coy of the foregoing **MOTION FOR AUTHORITY TO USE CASH COLLATERAL AND NOTICE PURSUANT TO BANKRUPTCY RULE 4001 OF MOTION FOR AUTHORITY TO USE CASH COLLATERAL** was sent by overnight delivery, addressed to the following:

Leo M. Weiss, Esq.
United States Trustee's Office
999 18th Street
Suite 1551
Denver, CO 80202

Richard D. Beller, Esq.
215 West Oak Street
10th Floor
Fort Collins, CO 80521-2730

Colorado Department of Revenue
1375 Sherman Street
Room 504
ATTN: Bankruptcy Unit
Denver, CO 80261-0001

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

Paul G. Urtz, Esq.
Stutz, Miller & Urtz, LLC
1660 Lincoln Street
Suite 2850

John McDermott, Esq.
Holme, Roberts & Owen
1700 Lincoln Street, Suite 4100
Denver, CO 80203

Brice Steele, Esq.
Gaunt, Dirrim, Coover & Steele, P.C.
25 South 4th
Brighton, CO 80601

Aggregate Industries, Inc.
Larry Brookman
3605 South Teller Street
Lakewood, CO 80235

American Express
PO Box 650448
Dallas, TX 75265

American Pride Co-op
Glen Ross
55 West Bromley Lane
Brighton, CO 80601

Cemex, Inc. f/k/a Southdown, Inc.
Keith D. Nicholson
1200 Smith Street
Suite 2400
Houston, TX 77002

City of Meade
441 Third Street
Meade, CO 80542

David von Gunten, Esq.
2696 South Colorado Blvd.
Suite 302
Denver, CO 80222

Fernando Martinez
1232 East Frontage Road
Longmont, CO 80504

Francisco Martinez
1232 East Frontage Road
Longmont, CO 80504

Frascona, Joinder, Goodman & Greenstein
4750 Table Mesa Drive
Boulder, CO 80305

Mountain Cement Company
Bruce Ballinger, President
5 Sand Creek Road
Laramie, WY 82070

Philip A. Nicholas, Esq.
Anthony Nicholas, Esq.
Tangeman & Yates, LLC
170 North 5th/P.O. Box 928
Laramie, WY 82070-0928

Prinsbank
508 3rd Street
Prinsburg, MN 56281

U.S. Bancorp
1550 East 79th Street
Suite 575
Bloomington, MN 55425

Wachovia Dealership Center
PO Box 25314
Santa Ana, CA 92789


_____
Vicky Martina